```
Doc # 2023001400
03/07/2023 03:06 PM    # Pages 4
Official Records of ST THOMAS / ST JOHN
ERICA DOVER M.P.A., RECORDER OF DEEDS
Fees $38,866.00
```

# WARRANTY DEED

THIS INDENTURE, made this 2ᵗʰ day of December, 2022, by **ANJA SALAMACK** (herein referred to as "Grantor"), and **NORTHSHORE VI, LLC**, a U.S. Virgin Islands limited liability company whose mailing address is P.O. Box 302147, St. Thomas, VI 00803 (herein referred to as "Grantee");

WITNESSETH:    That the Grantor, for and in consideration of the sum of **ONE MILLION TWO HUNDRED FIFTY THOUSAND and 00/100 DOLLARS ($1,250,000.00)**, and other valuable consideration, receipt of which is hereby acknowledged, does hereby bargain, sell, grant and release unto the Grantee, its successors and assigns, in fee simple absolute, all of that certain lot, piece of parcel of land, situate, lying and being in St. Thomas, U.S. Virgin Islands, known and designated as:

> **Parcel No. 17-5B Estate St. Peter**
> **No. 2 Little Northside Quarter**
> **St. Thomas, U.S. Virgin Islands**
> **consisting of approximately 0.500 U.S. acres, more or less**
> **as shown on P.W.D. No. D9-7184-T003**
> **(hereinafter the "Property")**

TOGETHER WITH all rights, title and interest, if any, of the Grantor, in and to any easements of record serving the property, including but not limited to easements for ingress and egress over estate roads, all as of record appear, and all rights, title and interest, if any, of the Grantor, in and to any streets and roads abutting the property and all improvements and appurtenances thereunto belonging, and all the estate, title and rights of the Grantor in and to the property;

SUBJECT, HOWEVER, to Virgin Islands zoning regulations, and to covenants, restrictions and easements of record;

TO HAVE AND TO HOLD the premises conveyed hereby unto Grantee, its successors and assigns, in fee simple absolute forever;

AND THE GRANTOR WARRANTS as follows:

1. That Grantor is seized of said premises in fee simple absolute, and has good right to convey the same;

2. That the Grantee shall quietly enjoy the said premises;

3. That the said premises are free from encumbrances, except as aforesaid;

Warranty Deed
Salamack to Northshore VI, LLC
Page 2 of 2

4. That the Grantor will execute or procure any further necessary assurance of the title to said premises; and

5. That Grantor will forever warrant and defend the title to said premises

IN WITNESS WHEREOF, the Grantor has duly executed this Warranty Deed as of the day and year first above written.

Witnesses (two separate):

Print Name: OLEAN TECHGRA

ANJA SALAMACK

Print Name: Antoinette Brazel

## ACKNOWLEDGMENT

**TERRITORY OF THE U.S. VIRGIN ISLANDS** )
) SS:
**DISTRICT OF ST. THOMAS AND ST. JOHN** )

On this 2 day of December, 2022, before me, the undersigned officer, personally appeared **ANJA SALAMACK**, known to me, or satisfactorily proven to be, the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

Notary Public
My Commission Expires: 9/1/2025

GINA MARIE BRYAN
Notary Public
St. Thomas/St. John, U.S. Virgin Islands
NP-486-21
My Commission Expires September 1, 2025

Doc # 20230001400

NOTED IN THE CADASTRAL RECORDS
FOR COUNTRY / TOWN PROPERTY, BOOK FOR

ESTATE ST. PETER

NO. 2 LITTLE NORTHSIDE QUARTER

ST. THOMAS VIRGIN ISLANDS

Tax Assessor Office / Cadastral Division
St. Thomas, V. I.          DECEMBER 7, 2022

Wayne D. Callwood
Office of the Lieutenant Governor / Public Surveyor


ATTEST:
It is hereby certified that the above mentioned property/s which, according

to __WARRANTY DEED DATED DECEMBER 2, 2022__

belongs to: __NORTHSHORE VI, LLC (GRANTEE)__

has not according to the record of this office, undergone changes as to boundaries and area.

Tax Assessor Office / Cadastral Division
St. Thomas, V. I.          DECEMBER 7, 2022

Wayne D. Callwood
Office of the Lieutenant Governor / Public Surveyor



# OFFICE OF THE LIEUTENANT GOVERNOR
## DIVISION OF THE TAX COLLECTOR

5049 Kogens Gade · Charlotte Amalie, Virgin Islands 00802 · 340.774.2991 · Fax 340.779.7825

1105 King Street · Christiansted, Virgin Islands 00820 · 340.773.6449 · Fax 340.719.2355

## REAL PROPERTY TAX CLEARANCE CERTIFICATE

### TO ALL WHOM THESE PRESENTS SHALL COME

In accordance with 28 V.I.C. §121, as amended, I hereby certify that there are no outstanding Real Property Tax obligations for the following parcel:

| PARCEL NUMBER | 1-01203-0166-00 |
|---|---|
| CERT NUMBER | 2022-60827878 |
| LEGAL DESCRIPTION | 17-5B ESTATE ST.PETER #2 LT.NORTHSIDE QTR |
| OWNER'S NAME | WILSON, KEMAR R. and CHRISTINA M. GHALY |

Taxes have been researched up to and including 2022.

---

CERTIFIED TRUE AND CORRECT BY

Brent A. Leerdam
Real Property Tax Collector




SIGNATURE

12/02/2022
DATE

Doc # 2023001400