# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS/ST.JOHN
*****

| | |
|---|---|
| ANJA SALAMACK<br><br>                                      **Plaintiff**<br><br>    vs.<br><br>NORTHSHORE VI, LLC and STEVEN SHORE<br>                              **Defendants** | **CIVIL ACTION NO. 3-24-CV-33** |

## STIPULATION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEA

**COMES NOW** the Defendants Northshore VI, LLC., and Steve Shore, and the Plaintiff Anja Salamack, by and through their undersigned counsels, and hereby stipulate that the Defendants shall have up until August 6th, 2024, to file their Answer or otherwise plea to Plaintiff's Complaint.

| | |
|---|---|
| Dated: July 19, 2024 | Dated: July 19, 2024 |
| Respectfully Submitted | Respectfully submitted, |
| **/s/ Michael Sheesley** | LAW OFFICES OF CLIVE RIVERS |
| | |
| **Michael Sheesley, Esq.**<br>Michael Sheesley, LLC<br>Condo Torre Del Mar, Apt 2201<br>San Juan, PR 00907<br>michael@sheesley-law.com | **/S/ Clive C. Rivers**<br>CLIVE C. RIVERS, ESQ. (V.I. BAR 473)<br>8000 Nisky Shopping Center<br>Suite 233<br>St. Thomas, VI 00802-5858<br>Telephone: 340-776-4666<br>Email: ccrivers64@gmail.com<br>Attorneys for Defendants |