## WARRANTY DEED IN LIEU OF FORECLOSURE

**THIS DEED** made this 4 day of April, 2025, between **Northshore VI, LLC** a U.S. Virgin Islands limited liability company having an address of PO Box 3021475, St. Thomas, VI 00803 ("Grantor") and **Anya Salamack** having an address of 1932 Heron Club Drive, Unit 216, Delray Beach, FL 33445 ("Grantee").

**WITNESSETH:** That Grantor for and in consideration of the sum of Ten Dollars ($10.00) and the full cancellation and satisfaction of the indebtedness described in the attached Affidavit of Stamp Tax Exemption, and other good and valuable consideration, receipt of which is hereby acknowledged, does hereby grant and release unto the Grantee, and Grantee's successors and assigns, the following real property, as tenants by the entirety with right of survivorship, forever:

>   **Parcel No. 17-5B Estate St. Peter**
>   **No. 2 Little Northside Quarter**
>   **St. Thomas, U.S. Virgin Islands**
>   **consisting of approximately 0.500 U.S. acres, more or less**
>   **as shown on P.W.D. No. D9-7184-T003**
>   (the "Property)

**TOGETHER WITH** any improvements thereon and the rights, privileges and appurtenances belonging thereto, including the rights of way and easements of record;

**SUBJECT TO AND WITH THE BENEFIT OF** U.S. Virgin Islands zoning regulations, declarations and agreements, restrictions, covenants, and easements of record;

**TO HAVE AND TO HOLD** said Property unto the Grantee, its successors and assigns, in fee simple absolute, forever;

**AND THE GRANTOR COVENANTS AND WARRANTS AS FOLLOWS:**

1. That the said Grantor is seized of said Property in fee simple, and has good right to convey its interest in the same;

2. That the Grantee shall quietly enjoy said Property;

3. That said Property is free from encumbrances, except as aforesaid;

4. That the Grantor will execute or procure any further necessary assurance of the title to said Property; and,

5. That said Grantor will forever warrant and defend the title to said Property.

**IN WITNESS WHEREOF**, the Grantor has duly executed this deed the day and year first above written.

WITNESSES

GRANTORS:

Northshore VI, LLC

By: _____
Steven Shore, managing member

(sign) _____
Print Name: Areya Joseph

(sign) _____
Print Name: Corencia Hamilton

Territory of the Virgin Islands )
Division of St. Thomas and St. John )ss.

Before me, the undersigned authority, on this 4th day of April, 2025, personally appeared **Steven Shore, managing member of Northshore VI, LLC**, who being by me first duly sworn, declared that they are the persons who signed the foregoing Warranty Deed in Lieu of Foreclosure.

_____
Notary Public

Clive C. Rivers, Esq.
Notary Public
LNP-160-23
My Commission Expires: September 10, 2027
St. Thomas/St. John, U.S. Virgin Islands

This Deed in Lieu of Foreclosure is exempt from Stamp Taxes pursuant to Title 33, Section 128(2) of the Virgin Islands Code. For recording fee purposes, the value of the interest hereby conveyed is $1,125,000.00

Steven Shore, managing member

Clive C. Rivers, Esq.
Notary Public
LNP-160-23
My Commission Expires: September 10, 2027
St. Thomas/St. John, U.S. Virgin Islands

2

NOTED IN THE CADASTRAL RECORDS
FOR COUNTRY / TOWN PROPERTY, BOOK FOR

ESTATE ST. PETER

NO.2 LITTLE NORTHSIDE QUARTER

ST. THOMAS VIRGIN ISLANDS

Tax Assessor Office / Cadastral Division
St. Thomas, V.I. Dated: APRIL 9 2025

Wayne D. Callwood

Office of the Lieutenant Governor / Public Surveyor

ATTEST:
It is hereby certified that the above mentioned property/s which, according

to WARRANTY DEED IN LIEU OF FORECLOSURE DATED APRIL 4 2025

belongs to: ANYA SALAMACK (GRANTEE)

has not according to the Record of this office, undergone changes as to boundaries and area.

Cadastral Division
APRIL 9 2025

Wayne D. Callwood

Office of the Lieutenant Governor / Public Surveyor