## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

Anja Salamack,
    Plaintiff                              3:24-cv-33
v.

Northshore VI, LLC, and
Steven Shore
    Defendants
_____/

## **ORDER**

THIS MATTER is before this Honorable Court on Plaintiff's Emergency Motion For Partial Enforcement Of Settlement Agreement

The foregoing premises considered the Plaintiff's motion is **GRANTED**, and it is hereby

**ORDERED** that the Defendants shall immediately provide the original deed in lieu to the Plaintiff's counsel.

**ORDERED,** that a copy of this Order shall be served on the parties herein.


Dated: _____                      _____
                                                                **G. ALAN TEAGUE**
                                                                 United States Magistrate Judge