## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

Anja Salamack,
    Plaintiff                                                          3:24-cv-33
v.

Northshore VI, LLC, and
Steven Shore
    Defendants
_____/

### MOTION TO ATTEND HEARING VIA VIDEOCONFERENCE

Undersigned counsel, Attorney Michael L. Sheesley, requests that this Court permit Attorney Sheesley to attend the April 24, 2025 hearing, scheduled for 1:00PM, via video conference.[1] Attorney Sheesley is currently in Puerto Rico. Plaintiff Anja Salamack can be present in person. Pursuant to LRCi 7.1(f) Attorney Rivers was emailed this request, at the time of this filing no response was received.

Dated: April 23, 2025

                                                    Respectfully Submitted,
                                                    **Michael L. Sheesley LLC**

                                                    s/Michael L. Sheesley
                                                    Michael L. Sheesley
                                                    V.I. Bar #1010
                                                    Condo Torre Del Mar, Apt 2201
                                                    1477 Ashford Ave
                                                    San Juan, PR 00907
                                                    Telephone: (412)972-0412
                                                    michael@sheesley-law.com

---

[1] The hearing is scheduled on Plaintiff's emergency motion for partial enforcement of settlement agreement [ECF 32].