IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

Anja Salamack,
    Plaintiff                                     3:24-cv-33

v.

Northshore VI, LLC, and
Steven Shore
    Defendants
_____/

## ORDER

THIS MATTER is before this Honorable Court on Plaintiff's Motion to Attend Hearing via Videoconference for the hearing scheduled on April 24, 2025 at 1:00PM on Plaintiff's Emergency Motion For Partial Enforcement Of Settlement Agreement

The foregoing premises considered the Plaintiff's motion is **GRANTED**, and it is hereby

**ORDERED** that Attorney Sheesley shall be permitted to attend the hearing via videoconference.

**ORDERED,** that a copy of this Order shall be served on the parties herein.


Dated: _____                      _____
                                                                    **G. ALAN TEAGUE**
                                                                    United States Magistrate Judge