# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS/ST.JOHN
*****

|  |  |
|---|---|
| ANJA SALAMACK<br><br>                      Plaintiff<br><br>    vs.<br><br>NORTHSHORE VI, LLC and STEVEN SHORE<br>                      Defendants | CIVIL ACTION NO. 3-24-CV-33 |

## MOTION FOR EXTENSION OF TIME

**COMES NOW** the Defendants Northshore VI, LLC., and Steve Shore, by and through their undersigned counsels, and hereby request your honorable court for a 2 hour enlargement of time for the emergency hearing schedule of April 24, 2025 at 1:00 pm. Counsel is in a hearing at the Superior Court. That hearing is scheduled for 11:30 a.m. It is expected that that matter will not conclude before 1:30 p.m. maybe 2:00 p.m.

Dated: April 23, 2025                  Respectfully submitted,
                                               LAW OFFICES OF CLIVE RIVERS

                                               **/S/ Clive C. Rivers**_____
                                               CLIVE C. RIVERS, ESQ. (V.I. BAR 473)
                                             8000 Nisky Shopping Center, Suite 233
                                             St. Thomas, VI 00802-5858
                                             Telephone: 340-776-4666
                                             Email: ccrivers64@gmail.com
                                           Attorneys for Defendants

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on this 23rd day of April 2024, a copy of the foregoing **Motion for enlargement of time** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to:

**Michael Sheesley, Esq.**
Michael Sheesley, LLC
Condo Torre Del Mar, Apt 2201
San Juan, PR 00907
michael@sheesley-law.com

s/ Clive Rivers