# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

Anja Salamack,
    Plaintiff                                        3:24-cv-33

v.

Northshore VI, LLC, and
Steven Shore
    Defendants
_____/

## NOTICE OF SERVICE OF SECOND RULE 26 DISCLOSURES

PLEASE TAKE NOTICE, that on the date below Plaintiff Anja Salamack, pursuant to *Fed. R. Civ. P. 26(a)(1)(A)* served the required disclosures on the opposing parties in this matter.

                                      Respectfully Submitted,
                                      **Michael L. Sheesley LLC**

Dated: May 21, 2025

                                      s/Michael L. Sheesley
                                      Michael L. Sheesley
                                      V.I. Bar #1010
                                      Condo Torre Del Mar, Apt 2201
                                      1477 Ashford Ave
                                      San Juan, PR 00907
                                      Telephone: (412)972-0412
                                      michael@sheesley-law.com