IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ANJA SALAMACK, ) | |
| Plaintiff, ) | CASE NO. 3:24-cv-00033 |
| v. ) | |
| ) | |
| NORTHSHORE VI, LLC, and ) | |
| STEVEN SHORE, ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court *sua sponte*. The location of the February 13, 2026 hearing on the motion to withdraw [ECF 75] has been changed from Courtroom 2 to Courtroom 3. The date and time of the hearing remain unchanged, as do the other directives and orders set forth in the Court's order of December 28, 2025. *See* [ECF 77].

The premises considered, it is hereby

**ORDERED** that the Court shall conduct a **HEARING** on **February 13. 2026** at **10:00 a.m.** on the motion to withdraw [ECF 75]. The hearing will take place before Magistrate Judge G. Alan Teague in **Courtroom 3** located on the third floor of the Ron de Lugo Federal Building and U.S. Courthouse, 5500 Veterans Drive, St. Thomas, VI 00802. It is further

**ORDERED** that counsel for the parties, as well as Plaintiff Anja Salamack, **SHALL ATTEND** the February 13, 2026 hearing **IN PERSON**. It is further

**ORDERED** that at the February 13, 2026 hearing, should Plaintiff Anja Salamack fail to provide substitute counsel and/or decide to represent herself in this litigation (i.e., *pro se*)—assuming her current counsel is permitted to withdraw—Plaintiff Anja Salamack must be prepared to acknowledge on the record that she understands it is her responsibility to perform all duties imposed upon counsel by the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure of the District Court of the Virgin Islands. Plaintiff Anja Salamack must further be

1

prepared to address the litigation deadlines in this matter, including the rescheduling of the trial date. And it is further

**ORDERED** that Plaintiff Anja Salamack **SHALL BE SERVED** a copy of this Order via email at Mzdenmark40@gmail.com.[1]

Enter:

Dated:  January 7, 2026

/s/ G. Alan Teague
G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE

---

[1] The only contact information for Plaintiff that has been provided to the Court thus far is Plaintiff's email address and telephone number. *See* signature block [ECF 75–1]. Plaintiff's counsel has not provided a mailing address, nor does the civil cover sheet [ECF 4–1] provide such information.